1 | EDWARD A. TREDER
State Bar No. 116307
2 | JAMES T. LEE
State Bar No. 110838
3 | BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
4 | 20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
5 | (626) 915-5714 – Phone
(626) 915-0289 – Fax
6 | JamesL@BDFGroup.com
File No. 5866835

7 Attorneys for Defendant,
8 Barrett Daffin Frappier Treder & Weiss, LLP

9 UNITED STATES DISTRICT COURT FOR THE

10 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINA L. MOORE, an individual, | Case No.: 2:16-CV-00566-WBS-CKD |
| Plaintiffs, | |
| vs. | **ORDER GRANTING DEFENDANT'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE MAY 31, 2016 HEARING** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 20, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

The Administrative request to appear telephonically is GRANTED. Counsel of record for Defendant BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, James T. Lee, may appear telephonically at the hearing for the Motion to Dismiss Complaint set for May 31, 2016, at 1:30 p.m. in Courtroom 5-14th Floor, of the above-entitled Court.  The courtroom deputy shall email counsel

//

1    with instructions on how to participate in the telephone conference call.

2

3    **Dated:  April 15, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Alexander Lauvray, declare as follows:

I am employed in Los Angeles County at 20955 Pathfinder Road, Suite 300 Diamond Bar, California 91765. I am over the age of eighteen years and am not a party to this action.

On April 15, 2016, I served the attached document on the interested parties in this action, addressed as shown on the ATTACHED SERVICE LIST.

☐ BY MESSENGER, SAME DAY DELIVERY – By placing the document into an envelope addressed to each person shown on the service list and delivering the sealed envelope to a professional messenger service for personal, same day delivery.

☐ BY MAIL – By placing the document into an envelope and depositing the sealed envelope, with postage thereon fully prepaid, addressed to each person shown on the service list, for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day in the ordinary course of business.

☐ BY EXPRESS MAIL – By placing the document into an envelope and depositing the sealed envelope, with Express Mail postage paid, addressed to each person shown on the service list, in a facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ BY FEDERAL EXPRESS – By placing the document into an envelope and depositing the sealed envelope, with overnight delivery fees paid, addressed to each person shown on the service list, in a facility regularly maintained by Federal Express or delivering the same to a driver authorized by Federal Express to receive documents.

☐ BY FACSIMILE – By sending the document via facsimile from (626) 915-0289 to each person and facsimile number shown on the service list. The transmission was reported as complete and without error. A copy of the activity report(s) generated by the facsimile machine is attached hereto.

☐ BY EMAIL – By sending the document via email from AlexL@BDFGroup.com to each person and email address shown on the service list

☐ STATE – I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

☒ FEDERAL – I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and that I am employed in the Office of a member of the Bar at whose direction the service was made.

Executed on April 15, 2016, at Diamond Bar, California.

ALEXANDER LAUVRAY

## SERVICE LIST
*Moore v. Wells Fargo Bank, National Association, et al.*
*Eastern District Court of California Case No. 2:16-CV-00566-WBS-CKD*

| | |
|---|---|
| Armen Yeghiayan  (SBN 296240)<br>JT LEGAL GROUP, APC<br>801 N. Brand Blvd, Ste. 1130<br>Glendale, California 91203<br>Telephone: (818) 276-2464<br>Facsimile: (818) 446-2162<br>Email: ayeghiayan@gmail.com | Attorneys for Plaintiff |
| Barbara Louise Bollero (SBN 135189)<br>Anglin Flewelling Rasmussen<br>Campbell & Trytten, LLP<br>701 Pike Street, Suite 1560<br>Seattle, WA 98101<br>Telephone: (206) 492-2300<br>Facsimile: (206) 492-2319<br>Email: bbollero@afrct.com | Attorneys for Defendant<br>*Wells Fargo Bank, National Association* |
| Leigh Otsuka Curran (SBN 173322)<br>Anglin Flewelling Rasmussen<br>Campbell & Trytten, LLP<br>199 South Los Robles Avenue, Suite 600<br>Pasadena, CA 91101<br>Telephone: (626) 5351900<br>Facsimile: (626) 577-7764<br>Email: lcurran@afrct.com | Attorneys for Defendant<br>*Wells Fargo Bank, National Association* |