UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINA L. MOORE, | CASE No.:  2:16-CV-00566-WBS-CKD |
| Plaintiff, | Assigned to Hon. William B. Shubb |
| v. | **ORDER GRANTING WELLS FARGO'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE MAY 31, 2016 HEARINGS** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP; and DOES 1 through 20, inclusive, | Date:     May 31, 2016<br>Time:     1:30 p.m.<br>Ctrm:     5, 14th Floor |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

The Administrative request to appear telephonically is GRANTED.  Counsel of record for Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), Barbara L. Bollero, may appear telephonically at the hearing of Wells Fargo's Motion to Dismiss Complaint and Plaintiff's Motion to Remand, both of which are set for May 31, 2016, at 1:30 p.m. in Courtroom 5 – 14th Floor, of the above-entitled Court.   The courtroom deputy shall email counsel with instructions

///

///

1 | on how to participate in the telephone conference call.

2 | Dated:  April 20, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Seattle, Washington; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 701 Pike Street, Suite 1560, Seattle, Washington 98101.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**

on the interested parties in said case as follows:

**Served Electronically**
**Via the Court's CM/ECF System**

| *Counsel for Plaintiff:* | *Counsel for Barrett Daffin Frappier Treder & Weiss, LLP:* |
|---|---|
| Jack Ter-Saakyan, Esq.<br>tersaakyan@gmail.com<br>Armen Yeghiayan, Esq.<br>armen@jtlegalgroup.com<br>JT LEGAL GROUP, APC<br>801 N. Brand Blvd., Suite 1130<br>Glendale, CA  91203<br><br>Tel:  (818) 276-2464<br>Fax: (818) 446-2162 | Edward A. Treder, Esq.<br>edwardt@bdfgroup.com<br>James T. Lee, Esq.<br>jamesl@bdfgroup.com<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA  91765<br><br>Tel:  (626) 915-5714<br>Fax:  (909) 595-7640 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Seattle, Washington on April 20, 2016.

| Tamorah Burt | */s/ Tamorah Burt* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |