Jack Ter-Saakyan, Esq. (SBN 266641)
Armen A. Yeghiayan, Esq. (SBN 296240)
**JT LEGAL GROUP, APC**
801 N. Brand Blvd., Suite 1130
Glendale, CA. 91203
Telephone: (818) 276-2464
Facsimile: (818) 446-2162

Attorneys for Plaintiff
Davina L. Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINA L. MOORE, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; BARRET DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:16-CV-00566-WBS-CKD<br><br>HON. WILLIAM B. SHUBB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** |

After full consideration of Plaintiff DAVINA MOORE to appear telephonically at Motion to Dismiss Complaint set for May 31, 2016, at 1:30 p.m., and good cause appearing, the Court rules as follows:

The request is **GRANTED**. Counsel for Plaintiff may appear telephonically for the Motion to Dismiss Complaint scheduled for May 31, 2016.  The courtroom

**1**
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY

deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**.

Dated:  May 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE